**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

�■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jimmy**<br>First name<br><br>**Ray**<br>Middle name<br><br>**Smith, Sr.**<br>Last name and Suffix (Sr., Jr., II, III) | **Paulette**<br>First name<br><br>**Greinsen**<br>Middle name<br><br>**Smith**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Jimmy R. Smith, Sr.**<br>**Jimmy Smith, Sr.** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1348 | xxx-xx-1435 |

| Debtor 1 | **Jimmy Ray Smith, Sr.** | |
|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** **Where you live** | **6668 SW 192 Ave.**<br>**Fort Lauderdale, FL 33332**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                    Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Jimmy Ray Smith, Sr.** | | |
|---|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* | |

---

**Part 3:**    Report About Any Businesses You Own as a Sole Proprietor

**12.    Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.     Go to Part 4.

☐ Yes.     Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.    Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.    Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.     What is the hazard?     _____

_____

If immediate attention is needed, why is it needed?     _____

_____

Where is the property?     _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15.    Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**
                                                                      Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jimmy Ray Smith, Sr.**                              **/s/ Paulette Greinsen Smith**
**Jimmy Ray Smith, Sr.**                                   **Paulette Greinsen Smith**
Signature of Debtor 1                                        Signature of Debtor 2

Executed on  **July 11, 2017**                         Executed on  **July 11, 2017**
                   MM / DD / YYYY                                               MM / DD / YYYY

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Michael S. Hoffman** _____     Date   **July 11, 2017**
Signature of Attorney for Debtor                               MM / DD / YYYY

**Michael S. Hoffman** _____
Printed name

**Hoffman, Larin & Agnetti, P.A.** _____
Firm name

**909 N. Miami Beach Blvd., Ste. 201**
**Miami, FL 33162** _____
Number, Street, City, State & ZIP Code

Contact phone _____     Email address _____

**41164** _____
Bar number & State

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Paulette Greinsen Smith** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|

1.   **Schedule A/B: Property** (Official Form 106A/B)
     1a. Copy line 55, Total real estate, from Schedule A/B .............................................    $          452,830.00

     1b. Copy line 62, Total personal property, from Schedule A/B ....................................    $          32,150.72

     1c. Copy line 63, Total of all property on Schedule A/B ............................................    $          484,980.72

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
     2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $          25,012.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
     3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ..............................    $          0.00

     3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...........................    $          261,842.30

                                                                   **Your total liabilities**    $          286,854.30

### Part 3:    Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
     Copy your combined monthly income from line 12 of *Schedule I* ................................................    $          3,180.64

5.   *Schedule J: Your Expenses* (Official Form 106J)
     Copy your monthly expenses from line 22c of *Schedule J* ...........................................................    $          3,156.00

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

     ☑   Yes

7.   **What kind of debt do you have?**

     ☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

     ☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **3,850.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Paulette Greinsen Smith** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**6668 SW 192 Ave.**
Street address, if available, or other description

**Fort Lauderdale    FL    33332-0000**
City                       State       ZIP Code

**Broward**
County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Value based upon Broward County Property Appraiser report.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$452,830.00** | **$452,830.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

| Debtor 1 | **Jimmy Ray Smith, Sr.** | |
|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* |

**If you own or have more than one, list here:**

**1.2**

**Calypso Cay Vacation Villas**
**4951 Calypso Cay Way**
Street address, if available, or other description

| **Kissimmee** | **FL** | **34746-0000** |
|---|---|---|
| City | State | ZIP Code |

**Osceola**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**CALYPSO CAY VACATION VILLAS: An odd year biennial ownership interest assigned to Unit 140, Week 22 in a 3 bedroom unit with all the rights and obligations associated therewith pursuant to the Declaration.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=> | **$452,830.00** |

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1**

| Make: | **Honda** |
|---|---|
| Model: | **CR-V** |
| Year: | **2015** |
| Approximate mileage: | **5110** |
| Other information: | |

**Value based upon Black Book appraisal report (trade-in, average condition). VIN: 3CZRM3H5F7FG703428**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$21,665.00** | **$21,665.00** |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................=> | **$21,665.00** |

**Part 3:  Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?                                    Current value of the

| Debtor 1 | **Jimmy Ray Smith, Sr.** | |
|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* |

**portion you own?**
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Assorted household goods and furnishings, including: Living Room: 1 Sofa, 1 Loveseat, 1 Cocktail Table, 2 End Tables, and 2 Lamps. Items are 3 years old. Kitchen: 1 Dinette Table with Chairs, 1 Microwave, 1 Toaster, and Misc. Dishes, Pots & Pans. Items are 10 years old. Dining Room: 1 Dining Table with 6 Chairs, and 1 China Buffet. Items are 5 years old. Bedroom(s): 2 Beds, 1 Dresser, 3 Night Tables, and 2 Lamps. Items are 5 years old. Patio: 6 Patio Chairs, and 1 Sofa. Items are 5 years old. | $950.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Assorted electronics, including: 4 TVs, and 1 DVD Player. Items are 2-4 years old. | $220.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| 1 LC Rouger Handgun 9mm and  1 Rouger LCP 380 Pistol | $500.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Assorted mens & womens wearing apparel, of value to Debtors only. | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Jimmy Ray Smith, Sr.** | | |
|---|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* | |

| Assorted jewelry, including: Misc. Costume Jewelry, 1 Watch, and Wedding Rings. | $2,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................

$3,870.00

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.........................................................................................................

Cash on hand                                     $20.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                     Institution name:

    17.1.   **Checking**          **BB&T Bank Acct. #: 0903**                     $595.72

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                     Name of entity:                     % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                     Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☐ Yes. List each account separately.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor 1 | **Jimmy Ray Smith, Sr.** | | |
|---|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* | |

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Fidelity 401K Acct. #: 192-193526** | **$6,000.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

| Debtor 1 | **Jimmy Ray Smith, Sr.** | | |
|---|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* | |

| | | |
|---|---|---|
| **Fidelity Term Life Policy**<br>**No.0100576444**<br>**No cash surrender value** | **Paulette Smith** | **$0.00** |

| | | |
|---|---|---|
| **Genworth Life Insurance Policy No.**<br>**0010450347** | **Paulette Smith** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

| | |
|---|---|
| | **$6,615.72** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | |
|---|---|
| | **$0.00** |

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**                                         Case number *(if known)* _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................ | | $452,830.00 |
| 56. | **Part 2: Total vehicles, line 5** | $21,665.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $3,870.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $6,615.72 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $32,150.72 | Copy personal property total     $32,150.72 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $484,980.72 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Paulette Greinsen Smith** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **6668 SW 192 Ave. Fort Lauderdale, FL 33332  Broward County Value based upon Broward County Property Appraiser report.**<br>Line from *Schedule A/B*: **1.1** | $452,830.00 | ☑ $452,830.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** |
| **2015 Honda CR-V 5110 miles Value based upon Black Book appraisal report (trade-in, average condition). VIN: 3CZRM5H5F7FG703428**<br>Line from *Schedule A/B*: **3.1** | $21,665.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **Assorted household goods and furnishings, including: Living Room: 1 Sofa, 1 Loveseat, 1 Cocktail Table, 2 End Tables, and 2 Lamps. Items are 3 years old. Kitchen: 1 Dinette Table with Chairs, 1 Microwave, 1 Toaster, and Misc. Dishes, Pots & Pans. Items are**<br>Line from *Schedule A/B*: **6.1** | $950.00 | ☑ $950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Jimmy Ray Smith, Sr.** | | |
|---|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Assorted jewelry, including: Misc. Costume Jewelry, 1 Watch, and Wedding Rings.**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $454.28<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Checking: BB&T Bank Acct. #: 0903**<br>Line from *Schedule A/B*: **17.1** | $595.72 | ■ $595.72<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **401(k): Fidelity 401K Acct. #: 192-193526**<br>Line from *Schedule A/B*: **21.1** | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Paulette Greinsen Smith** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 **American Honda Finance**<br>Creditor's Name | Describe the property that secures the claim:<br>**2015 Honda CR-V 5110 miles Value based upon Black Book appraisal report (trade-in, average condition).**<br>**VIN: 3CZRM3H5F7FG703428** | $25,012.00 | $21,665.00 | $10,982.00 |

**POB 168088**
**Irving, TX 75016**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | | |
|---|---|---|
| | **Opened 02/16  Last Active** | |
| Date debt was incurred | **6/25/16** | Last 4 digits of account number    **8188** |

| 2.2 **Timescapes Resorts, LLC**<br>Creditor's Name | Describe the property that secures the claim:<br>**Calypso Cay Vacation Villas 4951 Calypso Cay Way Kissimmee, FL 34746  Osceola County**<br>**CALYPSO CAY VACATION VILLAS: An odd year biennial ownership interest assigned to Unit 140, Week 22 in a 3 bedroom unit with all the rights and obligations** | Unknown | Unknown | Unknown |
|---|---|---|---|---|

**4951 Calypso Cay Way**
**Kissimmee, FL 34746**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated

Debtor 1  **Jimmy Ray Smith, Sr.**

Case number (*if know*) _____

First Name          Middle Name                    Last Name

Debtor 2  **Paulette Greinsen Smith**

First Name          Middle Name                    Last Name

**Who owes the debt?** Check one.

☐ Disputed

☐ Debtor 1 only

**Nature of lien.** Check all that apply.

☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)    **Mortgage** _____

Date debt was incurred   **12/6/2002**          Last 4 digits of account number    **0000** _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$25,012.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$25,012.00** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

| Fill in this information to identify your case: | |
| --- | --- |

| Debtor 1 | **Jimmy Ray Smith, Sr.** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Paulette Greinsen Smith** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

 ■ No. Go to Part 2.

 ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

 ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

 ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
| --- | --- | --- |

| 4.1 | **Advanced Dermatology** | Last 4 digits of account number | **0778** | **$150.90** |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name
**POB 864046**
**Orlando, FL 32886-4046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services Rendered**

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**

Case number (if know) _____

---

| 4.2 | **American Express** | Last 4 digits of account number | **7000** | **$17,156.04** |

Nonpriority Creditor's Name

**Global Collections & Srategy Legal Group**
**200 Versey St.**
**New York, NY 10285**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.3 | **Bank Of America** | Last 4 digits of account number | **4620** | **$3,981.32** |

Nonpriority Creditor's Name

**POB 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?  **Opened 10/05  Last Active 3/02/16**

**Who incurred the debt?** Check one.

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.4 | **Bank of America** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**Mail Code CA9-705-04-60**
**1000 W Temple St**
**Los Angeles, CA 90012**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
■ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential deficiency on 2010/2011 foreclosure**

---

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**                                 Case number *(if know)* _____

| | | |
|---|---|---|
| 4.5 | **Bb&t** | Last 4 digits of account number **8378** | **$340.00** |

**Bb&t**
Nonpriority Creditor's Name

**Po Box 1847**
**Wilson, NC 27894**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **8378**

When was the debt incurred?   **Opened 06/99  Last Active 6/08/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Check Credit Or Line Of Credit**

**$340.00**

---

| | | |
|---|---|---|
| 4.6 | **Cap One Na** | Last 4 digits of account number **8419** | **$8,274.00** |

**Cap One Na**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **8419**

When was the debt incurred?   **Opened 02/95  Last Active 3/10/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**$8,274.00**

---

| | | |
|---|---|---|
| 4.7 | **Carespot-Coconut Creek** | Last 4 digits of account number **0321** | **$60.00** |

**Carespot-Coconut Creek**
Nonpriority Creditor's Name

**115 E. Park Dr., Ste 300**
**Brentwood, TN 37027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0321**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services Rendered**

**$60.00**

---

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**

Case number *(if know)*

| 4.8 | **Centinela Radiology Med. Group** | Last 4 digits of account number | **1717** | $38.00 |

Nonpriority Creditor's Name
**POB 5686**
**Orange, CA 92863-5686**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Services Rendered**

---

| 4.9 | **Chase Card** | Last 4 digits of account number | **6557** | $14.00 |

Nonpriority Creditor's Name

**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**   **Opened 08/14  Last Active 1/07/15**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| 4.10 | **Citibank** | Last 4 digits of account number | **8982** | $4,795.33 |

Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized Bankruptcy**
**POB 790040**
**S Louis, MO 63129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**   **Opened 01/14  Last Active 2/18/16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**

Case number *(if know)* _____

---

**4.1
1**

| | | |
|---|---|---|
| **Citibank / Sears** | Last 4 digits of account number    **0048** | **$4,162.00** |

Nonpriority Creditor's Name
**Citicorp Credit Services/Attn:**
**Centraliz**
**Po Box 790040**
**Saint Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?    **Opened 02/12  Last Active 3/02/16**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

**4.1
2**

| | | |
|---|---|---|
| **Citibank/The Home Depot** | Last 4 digits of account number    **9302** | **$6,499.00** |

Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized**
**Bankruptcy**
**POB 790040**
**S Louis, MO 63129**
Number Street City State Zip Code

When was the debt incurred?    **Opened 07/11  Last Active 2/18/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

**4.1
3**

| | | |
|---|---|---|
| **Citibank/The Home Depot** | Last 4 digits of account number    **6029** | **$4,155.01** |

Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized**
**Bankruptcy**
**Po Box 790040**
**S Louis, MO 63129**
Number Street City State Zip Code

When was the debt incurred?    **Opened 03/15  Last Active 2/25/16**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**

Case number (if know) _____

| 4.1 4 | **Cleveland Clinic** | Last 4 digits of account number | 3284 | | $717.00 |

**4.1 4**

**Cleveland Clinic**
Nonpriority Creditor's Name
**9500 Euclid Ave., RK2-4**
**Cleveland, OH 44195**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3284                    **$717.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services Rendered**

---

**4.1 5**

**Cleveland Clinic**
Nonpriority Creditor's Name
**9500 Euclid Ave., RK2-4**
**Cleveland, OH 44195**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   7690                    **$49.86**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services Rendered**

---

**4.1 6**

**Cleveland Clinic Florida**
Nonpriority Creditor's Name
**2950 Cleveland Clinic Blvd.**
**Fort Lauderdale, FL 33331**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   0120                    **$551.00**

**When was the debt incurred?**   2/25/15

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Services Rendered**

---

Debtor 1 **Jimmy Ray Smith, Sr.**
Debtor 2 **Paulette Greinsen Smith**

Case number (if know) _____

| | | |
|---|---|---|
| 4.17 | **Cleveland Clinic Florida** | |

Nonpriority Creditor's Name

**Florida Professional Physicians**
**2950 Cleveland Clinic Blvd.**
**Fort Lauderdale, FL 33331**
Number Street City State Zip Code

Last 4 digits of account number    **6777**                    $166.00

When was the debt incurred?    **2/25/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services Rendered**

---

| | | |
|---|---|---|
| 4.18 | **Comenity Bank/Bealls Florida** | |

Nonpriority Creditor's Name

**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

Last 4 digits of account number    **9222**                    $693.00

When was the debt incurred?    **Opened 07/13  Last Active 6/26/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| | | |
|---|---|---|
| 4.19 | **Comenity Bank/vctrssec** | |

Nonpriority Creditor's Name

Number Street City State Zip Code

Last 4 digits of account number    **7547**                    $190.00

When was the debt incurred?    **Opened 03/12  Last Active 6/26/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

Debtor 1  **Jimmy Ray Smith, Sr.**

Debtor 2  **Paulette Greinsen Smith**

Case number (if know) _____

| | | |
|---|---|---|
| 4.2 0 | **Credit One Bank Na** | Last 4 digits of account number **5534** | **$1,472.76** |

Nonpriority Creditor's Name

**POB 98873**
**Las Vegas, NV 89193**

Number Street City State Zip Code

When was the debt incurred?   **Opened 08/14  Last Active 2/19/16**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Credit Card**

---

| | | |
|---|---|---|
| 4.2 1 | **Faithful Four, LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**502 N. Division St.**
**Carson City, NV 89703**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Potential deficiency from 2012 foreclosure**

---

| | | |
|---|---|---|
| 4.2 2 | **Florida Acute Care Specialists** | Last 4 digits of account number **2062** | **$111.34** |

Nonpriority Creditor's Name

**14050 NW 14 St.**
**Fort Lauderdale, FL 33323**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Medical Services Rendered**

---

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**                                           Case number (if know) _____

| 4.2 3 | **Florida Hospital Medicine Srvs** | Last 4 digits of account number   **2016** | **$111.34** |

Nonpriority Creditor's Name
**5870 N. Hiatus Rd., Ste. 200**
**Fort Lauderdale, FL 33321**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Medical Services Rendered**

| 4.2 4 | **Hsbc/hlzbg** | Last 4 digits of account number   **0879** | **$4,690.00** |

Nonpriority Creditor's Name
**Capital One -Attn: Bankruptcy, POB 30257**
**Salt Lake City, UT 84130**

When was the debt incurred?   **Opened 04/14  Last Active 2/20/16**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Charge Account**

| 4.2 5 | **I D Associates of Broward** | Last 4 digits of account number   **7531** | **$278.19** |

Nonpriority Creditor's Name
**7421 N. University Dr.**
**Tamarac, FL 33321**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Medical Services Rendered**

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**

Case number (*if know*) _____

| 4.2 6 | **Inphynet South Borward, Inc.** | Last 4 digits of account number | **9028** | **$530.00** |

Nonpriority Creditor's Name
**POB 740022**
**Cincinnati, OH 45274-0022**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services Rendered**

| 4.2 7 | **Inphynet South Borward, Inc.** | Last 4 digits of account number | **9028** | **$265.00** |

Nonpriority Creditor's Name
**POB 740022**
**Cincinnati, OH 45274-0022**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services Rendered**

| 4.2 8 | **James F. Keefe, M.D., Inc.** | Last 4 digits of account number | **1506** | **$333.00** |

Nonpriority Creditor's Name
**1633 Erringer Rd., 1st Floor**
**Simi Valley, CA 93065-3557**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services Rendered**

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**                                   Case number (if know) _____

| 4.2 9 | **Mabt - Genesis Retail** | Last 4 digits of account number | **7831** | **$2,238.00** |

Nonpriority Creditor's Name
**Bankcard Services**
**Po Box 4477**
**Beaverton, OR 97076**
Number Street City State Zip Code

When was the debt incurred?    **Opened 04/14  Last Active 2/19/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| 4.3 0 | **Mary J. Smith** | Last 4 digits of account number | **7210** | **$130,709.74** |

Nonpriority Creditor's Name
**36 Snapdragon Ln.**
**Waynesville, NC 28785-8245**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Judgment**

---

| 4.3 1 | **Memorial Healthcare** | Last 4 digits of account number | **2093** | **$771.00** |

Nonpriority Creditor's Name
**POB 538522**
**Atlanta, GA 30353-8522**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services Rendered**

---

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                                    Case number *(if know)* _____

| 4.3 2 | **Memorial Healthcare System** | Last 4 digits of account number | **8637** | **$1,458.00** |

Nonpriority Creditor's Name
**Customer Financial Services**
**2900 Corporate Way**
**Miramar, FL 33025**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services Rendered**

| 4.3 3 | **Mid America Bank & Trust Co** | Last 4 digits of account number | **7831** | **$2,466.70** |

Nonpriority Creditor's Name
**216 W 2 St**
**Dixon, MO 65459-8048**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.3 4 | **Petrel Emergency Physicians** | Last 4 digits of account number | **8189** | **$2,212.00** |

Nonpriority Creditor's Name
**13737 Noek Rd., Ste. 1600**
**Dallas, TX 75240-1331**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services Rendered**

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                                    Case number (if know) _____

| | | |
|---|---|---|
| **4.3 5** | **Quick Family Urgent Care** | Last 4 digits of account number    **9054**    $151.65 |

Nonpriority Creditor's Name
**4301 S. Flamingo Rd., #102**
**Fort Lauderdale, FL 33330-1902**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services Rendered**

---

| | | |
|---|---|---|
| **4.3 6** | **Radiology Assoc of Hollywood** | Last 4 digits of account number    **3843**    $71.16 |

Nonpriority Creditor's Name
**9050 Pines Blvd, Ste. 200**
**Hollywood, FL 33024**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services Rendered**

---

| | | |
|---|---|---|
| **4.3 7** | **Solantic of Sounth Florida LLC/Care Spot** | Last 4 digits of account number    **3996**    $60.00 |

Nonpriority Creditor's Name
**POB 404978**
**Atlanta, GA 30384-4978**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Services Rendered**

---

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**

Case number *(if know)* _____

---

| 4.3 8 | **Susan Boracci** | Last 4 digits of account number | **7204** | **$31,755.00** |

Nonpriority Creditor's Name

**1230 SW 5 Ct.**
**Boca Raton, FL 33432**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Judgment**

---

| 4.3 9 | **Syncb/Rooms To Go** | Last 4 digits of account number | **1006** | **$3,985.02** |

Nonpriority Creditor's Name

**Attn: Bankruptcy, POB 103104**
**Roswell, GA 30076**

Number Street City State Zip Code

When was the debt incurred?  **Opened 08/11  Last Active 2/18/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Charge Account**

---

| 4.4 0 | **Syncb/Rooms To Go** | Last 4 digits of account number | **2727** | **$1,520.08** |

Nonpriority Creditor's Name

**Attn: Bankruptcy, POB 103104**
**Roswell, GA 30076**

Number Street City State Zip Code

When was the debt incurred?  **Opened 09/15  Last Active 2/26/16**

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Charge Account**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Jimmy Ray Smith, Sr.**
Debtor 2 **Paulette Greinsen Smith**

Case number (if know) _____

---

| 4.4 1 | **SYNCB/Texaco** | Last 4 digits of account number | **0899** | **$83.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 04/92  Last Active 5/21/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.4 2 | **Synchrony Bank** | Last 4 digits of account number | **6331** | **$757.00** |

Nonpriority Creditor's Name

**Po Box 965064**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 04/15  Last Active 5/22/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.4 3 | **Synchrony Bank/ JC Penney** | Last 4 digits of account number | **7894** | **$4,939.50** |

Nonpriority Creditor's Name

**POB 965064**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **Opened 07/14  Last Active 2/25/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                                    Case number (if know) _____

| 4.4 4 | **Synchrony Bank/ JC Penneys** | Last 4 digits of account number | **6328** | **$252.00** |

Nonpriority Creditor's Name

**Po Box 965064**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 04/16  Last Active 6/14/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

�A Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

☑ No
☐ Yes

---

| 4.4 5 | **Synchrony Bank/Care Credit** | Last 4 digits of account number | **8793** | **$1,587.18** |

Nonpriority Creditor's Name

**POB 965064**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 02/16  Last Active 6/14/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

☑ No
☐ Yes

---

| 4.4 6 | **Synchrony Bank/Floor & Decor** | Last 4 digits of account number | **8921** | **$1,928.18** |

Nonpriority Creditor's Name

**Po Box 965064**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 03/15  Last Active 2/26/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

☑ No
☐ Yes

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**                                    Case number (if know) _____

| 4.4 7 | **Synchrony Bank/Lowes** | Last 4 digits of account number | **7079** | **$2,607.00** |

Nonpriority Creditor's Name

**POB 965064**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 11/14  Last Active 6/14/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.4 8 | **Synchrony Bank/TJX** | Last 4 digits of account number | **8047** | **$1,784.00** |

Nonpriority Creditor's Name

**Po Box 965064**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 03/15  Last Active 2/26/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.4 9 | **Synchrony Bank/TJX** | Last 4 digits of account number | **3071** | **$1,959.78** |

Nonpriority Creditor's Name

**POB 965064**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 08/11  Last Active 3/03/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**

Case number *(if know)* _____

| | |
|---|---|
| **4.50** | |

**Target**

Nonpriority Creditor's Name
**C/O Financial & Retail Services**
**Mailstop BT PO Box 9475**
**Minneapolis, MN 55440**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1537**                           **$634.00**

When was the debt incurred?   **Opened 06/14  Last Active 4/05/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| | |
|---|---|
| **4.51** | |

**Target**

Nonpriority Creditor's Name
**C/O Financial & Retail Services**
**Mailstop BT PO Box 9475**
**Minneapolis, MN 55440**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7000**                           **$611.00**

When was the debt incurred?   **Opened 11/14  Last Active 6/14/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| | |
|---|---|
| **4.52** | |

**University of Miami Health System**

Nonpriority Creditor's Name
**POB 741199**
**Atlanta, GA 30374-1199**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9363**                           **$387.54**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Services Rendered**

---

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**                                    Case number (if know) _____

| 4.5 3 | **University of Miami Medical Group Op** | **Last 4 digits of account number** | **0925** | **$109.74** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1150 NW 14 St., Ste. 609**
**Miami, FL 33136**                                         **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only                                             ☐ Contingent
☐ Debtor 1 and Debtor 2 only                                ☐ Unliquidated
☐ At least one of the debtors and another                   ☐ Disputed
■ **Check if this claim is for a  community**              **Type of NONPRIORITY unsecured claim:**
   **debt**                                                 ☐ Student loans
**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                           report as priority claims
☐ Yes                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            ■ Other. Specify  **Medical Services Rendered**

---

| 4.5 4 | **University of Miami Medical Group Op** | **Last 4 digits of account number** | **2624** | **$959.55** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1150 NW 14 St., Ste. 609**
**Miami, FL 33136**                                         **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only                                             ☐ Contingent
☐ Debtor 1 and Debtor 2 only                                ☐ Unliquidated
☐ At least one of the debtors and another                   ☐ Disputed
☐ **Check if this claim is for a  community**              **Type of NONPRIORITY unsecured claim:**
   **debt**                                                 ☐ Student loans
**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                           report as priority claims
☐ Yes                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            ■ Other. Specify  **Medical Services Rendered**

---

| 4.5 5 | **Visa Dept Store National Bank** | **Last 4 digits of account number** | **7992** | **$1,267.24** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy, POB 8053**                              **When was the debt incurred?**  **Opened 03/05  Last Active**
**Mason, OH 45040**                                                                          **3/02/16**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                             ☐ Contingent
■ Debtor 1 and Debtor 2 only                                ☐ Unliquidated
☐ At least one of the debtors and another                   ☐ Disputed
■ **Check if this claim is for a  community**              **Type of NONPRIORITY unsecured claim:**
   **debt**                                                 ☐ Student loans
**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                           report as priority claims
☐ Yes                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            ■ Other. Specify  **Charge Account**

---

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**                                    Case number (if know) _____

| 4.5 6 | **Wells Fargo Home Projects Visa** | Last 4 digits of account number | 4882 | $4,793.15 |

Nonpriority Creditor's Name
**Written Correspondence Resolutions**
**Mac#X2302-04c, POB 10335**
**Des Moines, IA 50306**                         When was the debt incurred?      **Opened 07/11  Last Active 11/14/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**   ☐ Student loans
**Is the claim subject to offset?**                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify  **Credit Card**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Advanced Call Center Technologies, LLC**
**1235 Westlakes Dr., Ste. 160**
**Berwyn, PA 19312**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.43** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **7894**

Name and Address
**Advanced Call Center Technologies, LLC**
**1235 Westlakes Dr., Ste. 160**
**Berwyn, PA 19312**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.48** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **8047**

Name and Address
**Allied Interstate**
**POB 361533**
**Columbus, OH 43236-1533**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **9581**

Name and Address
**Allied Interstate**
**POB 361596**
**Columbus, OH 43236-1596**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **1616**

Name and Address
**Allied Interstate**
**POB 361533**
**Columbus, OH 43236-1533**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **7884**

Name and Address
**American Express Company**
**200 Vesey St**
**New York, NY 10285**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**

Case number (if know) _____

---

**ARS**
**POB 630806**
**Cincinnati, OH 45263-0806**

Line **4.26** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **4259**

---

Name and Address
**ARS**
**POB 630806**
**Cincinnati, OH 45263-0806**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **4259**

---

Name and Address
**ARS National Services, Inc.**
**POB 469100**
**Escondido, CA 92046-0910**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0171**

---

Name and Address
**ARS National Services, Inc.**
**POB 469100**
**Escondido, CA 92046-0910**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **7409**

---

Name and Address
**Asset Recovery Solutions**
**2200 E. Devon Ave., Ste. 200**
**Des Plaines, IL 60018-4501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **6118**

---

Name and Address
**Bank of America**
**c/o Brian Moyihan**
**150 N. College St., NC1-028-17-06**
**Charlotte, NC 28255**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank of America**
**Mail Code CA9-705-04-60**
**1000 W Temple St**
**Los Angeles, CA 90012**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**BAS Management**
**POB 11879**
**Fort Lauderdale, FL 33339-1879**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **1203**

---

Name and Address
**Calvary**
**POB 520**
**Valhalla, NY 10595**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **3082**

---

Name and Address
**Calvary Portfolio Services**
**Attn:  Bankruptcy Department**
**500 Summit Lake Dr. Ste 400**
**Valhalla, NY 10595**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **7494**

---

Name and Address
**Capital One Bank, N.A.**
**4851 Cox Rd.**
**Glen Allen, VA 23060**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **0879**

---

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                                    Case number *(if know)* _____

| | |
|---|---|
| Name and Address<br>**Cawley & Bergmann, LLC**<br>**117 Kinderkamack Rd., Ste. 201**<br>**River Edge, NJ 07661** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.40** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **7494** |
| Name and Address<br>**Citibank**<br>**701 E 60 St N**<br>**Sioux Falls, SD 57104** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Citibank, NA**<br>**701 E 60 St N**<br>**Sioux Falls, SD 57104** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Client Services Inc.**<br>**POB 1503**<br>**Saint Peters, MO 63376** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **2805** |
| Name and Address<br>**CMRE Financial Services Inc.**<br>**3075 E. Imperial Hwy., Ste. 200**<br>**Brea, CA 92821** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **4542** |
| Name and Address<br>**Credence Resource Management,**<br>**LLC**<br>**POB 2090**<br>**Southgate, MI 48195-4090** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **1664** |
| Name and Address<br>**Credit Control, LLC**<br>**POB 546**<br>**Hazelwood, MO 63042** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **7482** |
| Name and Address<br>**Credit Corp Solutions, Inc.**<br>**180 Election Rd., Ste. 200**<br>**Draper, UT 84020** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.45** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **2524** |
| Name and Address<br>**EGS Financial Care, Inc.**<br>**POB 1020, Dept. 806**<br>**Horsham, PA 19044** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.49** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **3071** |
| Name and Address<br>**Frontline Asset Strategies**<br>**2700 Snelling Ave. N., Ste. 250**<br>**Saint Paul, MN 55113** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **0649** |
| Name and Address<br>**Global Credit & Collections Corp**<br>**5440 N. Cumberland, Ste. 300**<br>**Chicago, IL 60656** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.49** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number          **2415** |

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**

Case number *(if know)*

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HCFS Healthcare Financial Services, LLC** POB 459077 **Fort Lauderdale, FL 33345-9077** | Line **4.26** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **8300** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HRRG** POB 459080 **Fort Lauderdale, FL 33345** | Line **4.26** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **9120** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HRRG** POB 189053 **Fort Lauderdale, FL 33318** | Line **4.27** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **9120** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HRRG** POB 5406 **Cincinnati, OH 45273-7942** | Line **4.22** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **9872** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **IC Systems** POB 64437 **Saint Paul, MN 55164-0437** | Line **4.25** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **1159** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Inphynet South Borward, Inc.** POB 740022 **Cincinnati, OH 45274-0022** | Line **4.26** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **8300** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lisa DiSalle, Esq.** 9550 Regency Square Blvd, Ste 501 **Jacksonville, FL 32225-8116** | Line **4.2** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **5461** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mary J. Smith** 36 Snapdragon Ln. **Waynesville, NC 28785-8245** | Line **4.38** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **7204** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Midland Credit Management** POB 60578 **Los Angeles, CA 90060** | Line **4.39** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **5846** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Midland Credit Management** 2365 Northside Dr., Ste. 300 **San Diego, CA 92108** | Line **4.46** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **7704** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Midland Credit Management** 2365 Northside Dr., Ste. 300 **San Diego, CA 92108** | Line **4.20** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **0556** |

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                                    Case number *(if know)*

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **NCC Business Services, Inc.**<br>**POB 24739**<br>**Jacksonville, FL 32241-4739** | Line **4.43** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **0985** |
| **NCC Business Services, Inc.**<br>**POB 24739**<br>**Jacksonville, FL 32241-4739** | Line **4.49** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **2635** |
| **Nick Roknick, III, P.A.**<br>**89 Walnut St.**<br>**Waynesville, NC 28786** | Line **4.30** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **0914** |
| **Northland Group Inc.**<br>**POB 390905**<br>**Minneapolis, MN 55439** | Line **4.12** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **9122** |
| **Revenue Group**<br>**4780 Hinckley Industrial Pkwy, Ste. 200**<br>**Suite 240**<br>**Cleveland, OH 44109** | Line **4.16** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **6982** |
| **Revenue Group**<br>**4780 Hinckley Industrial Pkwy, Ste. 200**<br>**Suite 240**<br>**Cleveland, OH 44109** | Line **4.17** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **6983** |
| **Sage Law Offices**<br>**Sunrise Corporate Plaza I**<br>**1300 Sawgrass Corp. Pkwy, Ste. 140**<br>**Fort Lauderdale, FL 33323** | Line **4.32** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **8065** |
| **Schlee & Stillman, LLC**<br>**50 Tower Office Park**<br>**Woburn, MA 01801** | Line **4.25** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **3540** |
| **Schlee & Stillman, LLC**<br>**50 Tower Office Park**<br>**Woburn, MA 01801** | Line **4.7** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **8619** |
| **Schwartzberg & Associates**<br>**777 So. Flagler Dr., Ste. 1120 E. Tower**<br>**West Palm Beach, FL 33401** | Line **4.30** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     **7210** |

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**                                              Case number (if know) _____

| | |
|---|---|
| Name and Address<br>**Schwartzberg & Associates**<br>**777 So. Flagler Dr., Ste. 1120 E.**<br>**Tower**<br>**West Palm Beach, FL 33401** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number       **7204** |
| Name and Address<br>**Susan Boracci**<br>**1230 SW 5 Ct.**<br>**Boca Raton, FL 33432** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Synchrony Bank/Lowes**<br>**POB 965004**<br>**Orlando, FL 32896** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number       **7079** |
| Name and Address<br>**Target Corporation**<br>**1000 Nicollet Mall**<br>**TPS-2672**<br>**Minneapolis, MN 55403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd., Ste. 206**<br>**Toledo, OH 43614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number       **8814** |
| Name and Address<br>**Viking Client Services**<br>**POB 44997**<br>**Eden Prairie, MN 55344** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number       **5922** |
| Name and Address<br>**Wells Fargo**<br>**MAC N8235-040, 7000 Vista Dr.**<br>**West Des Moines, IA 50266** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number       **4882** |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 261,842.30 |

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**

Case number (if know) _____

|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 261,842.30 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Paulette Greinsen Smith** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **First Data**<br>**5565 Glenridge**<br>**Connector NE Ste 2000**<br>**Atlanta, GA 30342** | **Acct# 521352522000**<br>**Opened  6/01/16**<br>**Lease** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Paulette Greinsen Smith** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number       Street<br>_____<br>City                State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number       Street<br>_____<br>City                State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| Debtor 2 (Spouse, if filing) | **Paulette Greinsen Smith** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **Salesman** | **Homemaker** |
| | Employer's name | **Treeworks Management, Inc.** | |
| | Employer's address | **4839 SW 148 Ave., #521**<br>**Fort Lauderdale, FL 33330** | |
| | How long employed there? | **13 years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   3,250.00 | $   0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$   0.00 | +$   0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $   3,250.00 | $   0.00 |

Debtor 1  **Jimmy Ray Smith, Sr.**
Debtor 2  **Paulette Greinsen Smith**                                    Case number (*if known*) _____

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **3,250.00** | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **669.36** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **669.36** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,580.64** | $ **0.00** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify:   **Contribution from children** | 8h.+ | $ **600.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **600.00** | $ **0.00** |

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **3,180.64** + | $ **0.00** | = | $ **3,180.64** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies
12. $ **3,180.64**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1        **Jimmy Ray Smith, Sr.**

Debtor 2        **Paulette Greinsen Smith**
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐   An amended filing
☐   A supplement showing postpetition chapter
    13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

### Part 1:    Describe Your Household

1.   **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ☐ No

Do not list Debtor 1 and    ■ Yes.   Fill out this information for
Debtor 2.                              each dependent..............

Do not state the
dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **19** | ☐ No  ■ Yes |
| **Daughter** | **29** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.   **Do your expenses include**      ■ No
     **expenses of people other than**  ☐ Yes
     **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | Your expenses |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage        4. $ _____ 0.00
     payments and any rent for the ground or lot.

     **If not included in line 4:**

     4a.   Real estate taxes                                                           4a. $ _____ 500.00
     4b.   Property, homeowner's, or renter's insurance                                4b. $ _____ 200.00
     4c.   Home maintenance, repair, and upkeep expenses                               4c. $ _____ 0.00
     4d.   Homeowner's association or condominium dues                                 4d. $ _____ 0.00
5.   **Additional mortgage payments for your residence,** such as home equity loans      5. $ _____ 0.00

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**                    Case number (if known) _____

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a.  $ **145.00** |
| | 6b.  Water, sewer, garbage collection | 6b.  $ **60.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ **100.00** |
| | 6d.  Other. Specify:  **Cable/Internet** | 6d.  $ **200.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ **500.00** |
| 8. | **Childcare and children's education costs** | 8.  $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ **150.00** |
| 10. | **Personal care products and services** | 10.  $ **80.00** |
| 11. | **Medical and dental expenses** | 11.  $ **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $ **120.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ **100.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a.  $ **130.00** |
| | 15b.  Health insurance | 15b.  $ **300.00** |
| | 15c.  Vehicle insurance | 15c.  $ **108.00** |
| | 15d.  Other insurance. Specify: | 15d.  $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.  $ **0.00** |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a.  $ **0.00** |
| | 17b.  Car payments for Vehicle 2 | 17b.  $ **413.00** |
| | 17c.  Other. Specify: | 17c.  $ **0.00** |
| | 17d.  Other. Specify: | 17d.  $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.  $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19.  $ **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a.  Mortgages on other property | 20a.  $ **0.00** |
| | 20b.  Real estate taxes | 20b.  $ **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c.  $ **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d.  $ **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e.  $ **0.00** |
| 21. | **Other:** Specify: | 21.  +$ **0.00** |
| 22. | **Calculate your monthly expenses** | |
| | 22a.  Add lines 4 through 21. | $ **3,156.00** |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ **3,156.00** |
| 23. | **Calculate your monthly net income.** | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ **3,180.64** |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.  -$ **3,156.00** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ **24.64** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: [_____]

**Fill in this information to identify your case:**

Debtor 1    **Jimmy Ray Smith, Sr.**
_____
First Name          Middle Name          Last Name

Debtor 2    **Paulette Greinsen Smith**
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA
_____

Case number  _____
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jimmy Ray Smith, Sr.**                          X **/s/ Paulette Greinsen Smith**
_____                  _____
**Jimmy Ray Smith, Sr.**                                **Paulette Greinsen Smith**
Signature of Debtor 1                                   Signature of Debtor 2

Date  **July 11, 2017**                                Date  **July 11, 2017**
_____                          _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Paulette Greinsen Smith** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $19,500.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Jimmy Ray Smith, Sr.** | |
|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* |

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $39,750.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $39,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

**5.  Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No

☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐  No.  Go to line 7.

☐  Yes  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■  No.  Go to line 7.

☐  Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Jimmy Ray Smith, Sr.** | |
|---|---|---|
| Debtor 2 | **Paulette Greinsen Smith** | Case number *(if known)* _____ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Mary Smith vs. Jimmy Ray Smith and Paulette G. Smith CACE12-007210** | **Final Judgment** | **Broward County Circuit Court 201 SE  6St. Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ■ Concluded |
| **Susan Boracci vs. Jimmy Ray Smith and Paulette G. Smith CACE12-007204** | **Final Judgment** | **Broward County Circuit Court 201 SE  6St. Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ■ Concluded |
| **Mary J. Smith vs. Jimmy Ray Smith and Paulette Smith 10CV 00914** | **Complaint** | **Haywood County General Court of Justice 285 N. Main St., Ste. 1500 Waynesville, NC 28786** | ☐ Pending ☐ On appeal ■ Concluded |
| **American Express Bank, FSB vs. Jimmy Smith CACE-16-015461** | **Collection** | **Broward County Circuit Court 201 SE  6St. Fort Lauderdale, FL 33301** | ☐ Pending ☐ On appeal ■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**                                    Case number *(if known)* _____

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

   ■ No
   ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per Person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Hoffman, Larin & Agnetti<br>909 N. Miami Beach Blvd<br>Miami, FL 33162** | **$1,000.00** | **06/2016** | **$1,000.00** |

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                                    Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| Hoffman, Larin & Agnetti<br>909 N. Miami Beach Blvd<br>Miami, FL 33162 | $1,000.00 plus cost. | 11/2016 | $1,400.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ **Yes. Fill in the details.**

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith**                                      Case number *(if known)*

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■  No
☐  Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■  No
☐  Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■  No
☐  Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

■  No
☐  Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No
☐  Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐  A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1   **Jimmy Ray Smith, Sr.**
Debtor 2   **Paulette Greinsen Smith**                                    Case number *(if known)* _____

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Tree Works Management, Inc.**<br>**4839 SW 148 Ave, Ste. 521**<br>**Fort Lauderdale, FL 33330** | **Tree removal company** | **EIN:**    **65-0364170**<br><br>**From-To**  **10/12/1992-present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jimmy Ray Smith, Sr. _____        /s/ Paulette Greinsen Smith _____
**Jimmy Ray Smith, Sr.**                           **Paulette Greinsen Smith**
**Signature of Debtor 1**                          **Signature of Debtor 2**

Date   **July 11, 2017** _____          Date   **July 11, 2017** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jimmy Ray Smith, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Paulette Greinsen Smith** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7        12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **American Honda Finance** <br><br> Description of property securing debt: **2015 Honda CR-V 5110 miles Value based upon Black Book appraisal report (trade-in, average condition). VIN: 3CZRM3H5F7FG703428** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ■ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**
For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br><br> ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Jimmy Ray Smith, Sr.**
Debtor 2    **Paulette Greinsen Smith** _____    Case number *(if known)* _____

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Jimmy Ray Smith, Sr.** _____

   **Jimmy Ray Smith, Sr.**
   Signature of Debtor 1

X **/s/ Paulette Greinsen Smith** _____

   **Paulette Greinsen Smith**
   Signature of Debtor 2

Date    **July 11, 2017** _____

Date    **July 11, 2017** _____

Official Form 108                     **Statement of Intention for Individuals Filing Under Chapter 7**                     page 2

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $550   | administrative fee |
|   | $1,717 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

<div style="border:1px solid #000; background:#e0e0e0; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Jimmy Ray Smith, Sr.**
      **Paulette Greinsen Smith**
                                         Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 11, 2017**              **/s/ Jimmy Ray Smith, Sr.**
                                                  **Jimmy Ray Smith, Sr.**
                                                  Signature of Debtor

Date:   **July 11, 2017**              **/s/ Paulette Greinsen Smith**
                                                  **Paulette Greinsen Smith**
                                                  Signature of Debtor

Advanced Call Center Technologies, LLC
1235 Westlakes Dr., Ste. 160
Berwyn, PA 19312

Advanced Dermatology
POB 864046
Orlando, FL 32886-4046

Allied Interstate
POB 361533
Columbus, OH 43236-1533

Allied Interstate
POB 361596
Columbus, OH 43236-1596

American Express
Global Collections & Srategy Legal Group
200 Versey St.
New York, NY 10285

American Express Company
200 Vesey St
New York, NY 10285

American Honda Finance
POB 168088
Irving, TX 75016

ARS
POB 630806
Cincinnati, OH 45263-0806

ARS National Services, Inc.
POB 469100
Escondido, CA 92046-0910

Asset Recovery Solutions
2200 E. Devon Ave., Ste. 200
Des Plaines, IL 60018-4501

Bank Of America
POB 982238
El Paso, TX 79998

Bank of America
Mail Code CA9-705-04-60
1000 W Temple St
Los Angeles, CA 90012


Bank of America
c/o Brian Moyihan
150 N. College St., NC1-028-17-06
Charlotte, NC 28255


BAS Management
POB 11879
Fort Lauderdale, FL 33339-1879


Bb&t
Po Box 1847
Wilson, NC 27894


Calvary
POB 520
Valhalla, NY 10595


Calvary Portfolio Services
Attn: Bankruptcy Department
500 Summit Lake Dr. Ste 400
Valhalla, NY 10595


Cap One Na


Capital One Bank, N.A.
4851 Cox Rd.
Glen Allen, VA 23060


Carespot-Coconut Creek
115 E. Park Dr., Ste 300
Brentwood, TN 37027


Cawley & Bergmann, LLC
117 Kinderkamack Rd., Ste. 201
River Edge, NJ 07661


Centinela Radiology Med. Group
POB 5686
Orange, CA 92863-5686

Chase Card
Po Box 15298
Wilmington, DE 19850


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
POB 790040
S Louis, MO 63129


Citibank
701 E 60 St N
Sioux Falls, SD 57104


Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


Citibank, NA
701 E 60 St N
Sioux Falls, SD 57104


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
POB 790040
S Louis, MO 63129


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129


Cleveland Clinic
9500 Euclid Ave., RK2-4
Cleveland, OH 44195


Cleveland Clinic Florida
2950 Cleveland Clinic Blvd.
Fort Lauderdale, FL 33331


Cleveland Clinic Florida
Florida Professional Physicians
2950 Cleveland Clinic Blvd.
Fort Lauderdale, FL 33331

Client Services Inc.
POB 1503
Saint Peters, MO 63376


CMRE Financial Services Inc.
3075 E. Imperial Hwy., Ste. 200
Brea, CA 92821


Comenity Bank/Bealls Florida
Po Box 182125
Columbus, OH 43218


Comenity Bank/vctrssec


Credence Resource Management, LLC
POB 2090
Southgate, MI 48195-4090


Credit Control, LLC
POB 546
Hazelwood, MO 63042


Credit Corp Solutions, Inc.
180 Election Rd., Ste. 200
Draper, UT 84020


Credit One Bank Na
POB 98873
Las Vegas, NV 89193


EGS Financial Care, Inc.
POB 1020, Dept. 806
Horsham, PA 19044


Faithful Four, LLC
502 N. Division St.
Carson City, NV 89703


First Data
5565 Glenridge
Connector NE Ste 2000
Atlanta, GA 30342

Florida Acute Care Specialists
14050 NW 14 St.
Fort Lauderdale, FL 33323


Florida Hospital Medicine Srvs
5870 N. Hiatus Rd., Ste. 200
Fort Lauderdale, FL 33321


Frontline Asset Strategies
2700 Snelling Ave. N., Ste. 250
Saint Paul, MN 55113


Global Credit & Collections Corp
5440 N. Cumberland, Ste. 300
Chicago, IL 60656


HCFS Healthcare Financial Services, LLC
POB 459077
Fort Lauderdale, FL 33345-9077


HRRG
POB 459080
Fort Lauderdale, FL 33345


HRRG
POB 189053
Fort Lauderdale, FL 33318


HRRG
POB 5406
Cincinnati, OH 45273-7942


Hsbc/hlzbg
Capital One -Attn: Bankruptcy, POB 30257
Salt Lake City, UT 84130


I D Associates of Broward
7421 N. University Dr.
Tamarac, FL 33321


IC Systems
POB 64437
Saint Paul, MN 55164-0437

Inphynet South Borward, Inc.
POB 740022
Cincinnati, OH 45274-0022


James F. Keefe, M.D., Inc.
1633 Erringer Rd., 1st Floor
Simi Valley, CA 93065-3557


Lisa DiSalle, Esq.
9550 Regency Square Blvd, Ste 501
Jacksonville, FL 32225-8116


Mabt - Genesis Retail
Bankcard Services
Po Box 4477
Beaverton, OR 97076


Mary J. Smith
36 Snapdragon Ln.
Waynesville, NC 28785-8245


Memorial Healthcare
POB 538522
Atlanta, GA 30353-8522


Memorial Healthcare System
Customer Financial Services
2900 Corporate Way
Miramar, FL 33025


Mid America Bank & Trust Co
216 W 2 St
Dixon, MO 65459-8048


Midland Credit Management
POB 60578
Los Angeles, CA 90060


Midland Credit Management
2365 Northside Dr., Ste. 300
San Diego, CA 92108


NCC Business Services, Inc.
POB 24739
Jacksonville, FL 32241-4739

Nick Roknick, III, P.A.
89 Walnut St.
Waynesville, NC 28786


Northland Group Inc.
POB 390905
Minneapolis, MN 55439


Petrel Emergency Physicians
13737 Noek Rd., Ste. 1600
Dallas, TX 75240-1331


Quick Family Urgent Care
4301 S. Flamingo Rd., #102
Fort Lauderdale, FL 33330-1902


Radiology Assoc of Hollywood
9050 Pines Blvd, Ste. 200
Hollywood, FL 33024


Revenue Group
4780 Hinckley Industrial Pkwy, Ste. 200
Suite 240
Cleveland, OH 44109


Sage Law Offices
Sunrise Corporate Plaza I
1300 Sawgrass Corp. Pkwy, Ste. 140
Fort Lauderdale, FL 33323


Schlee & Stillman, LLC
50 Tower Office Park
Woburn, MA 01801


Schwartzberg & Associates
777 So. Flagler Dr., Ste. 1120 E. Tower
West Palm Beach, FL 33401


Solantic of Sounth Florida LLC/Care Spot
POB 404978
Atlanta, GA 30384-4978


Susan Boracci
 1230 SW 5 Ct.
Boca Raton, FL 33432

Syncb/Rooms To Go
Attn: Bankruptcy, POB 103104
Roswell, GA 30076

SYNCB/Texaco
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Synchrony Bank
Po Box 965064
Orlando, FL 32896

Synchrony Bank/ JC Penney
POB 965064
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Care Credit
POB 965064
Orlando, FL 32896

Synchrony Bank/Floor & Decor
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Lowes
POB 965064
Orlando, FL 32896

Synchrony Bank/Lowes
POB 965004
Orlando, FL 32896

Synchrony Bank/TJX
Po Box 965064
Orlando, FL 32896

Synchrony Bank/TJX
POB 965064
Orlando, FL 32896

```
Target
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440


Target Corporation
1000 Nicollet Mall
TPS-2672
Minneapolis, MN 55403


Timescapes Resorts, LLC
4951 Calypso Cay Way
Kissimmee, FL 34746


United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


University of Miami Health System
POB 741199
Atlanta, GA 30374-1199


University of Miami Medical Group Op
1150 NW 14 St., Ste. 609
Miami, FL 33136


Viking Client Services
POB 44997
Eden Prairie, MN 55344


Visa Dept Store National Bank
Attn: Bankruptcy, POB 8053
Mason, OH 45040


Wells Fargo
MAC N8235-040, 7000 Vista Dr.
West Des Moines, IA 50266


Wells Fargo Home Projects Visa
Written Correspondence Resolutions
Mac#X2302-04c, POB 10335
Des Moines, IA 50306
```